# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY CRONIN, | ) | 4:17CV3079 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CHRIS PETERSON, in his individual capacity; TONYA PETERS, in her individual capacity; WILLIAM KOEPKE, in his individual capacity; and DAREN REYNOLDS, in his individual capacity, | ) | |
| Defendants. | ) | |

This matter is before the Court upon the agreement of the parties for an order pursuant to Rule 502(d) of the Federal Rules of Evidence. ([Filing No. 35](#)) For good cause shown, the motion is granted.

Accordingly,

**IT IS ORDERED:**

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

DATED this 1st day of May, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge